UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of                                                                              101 West Lombard Street
**GEORGE L. RUSSELL, III**                                                   Baltimore, Maryland 21201
United States District Judge                                                             410-962-4055

August 17, 2018

MEMORANDUM TO COUNSEL RE:     Brokerage Insurance Partners, Inc. v. Fidelity & Guaranty Life Insurance Company, et al.
Civil Action No. GLR-17-1815

Dear Counsel:

Pending before the Court is Defendants Fidelity & Guaranty Life, Fidelity & Guaranty Life Insurance Company ("Fidelity"), FS Holdco II Ltd, and Brokerage Insurance Partners, Inc.'s ("BIP") respective Motion to Dismiss (ECF Nos. 17, 18, 25, 34, 35, 39). The instant case is related to Fidelity & Guar. Life Ins. Co. v. Sharma, No. RDB-17-1508 (D.Md. filed June 2, 2017). The parties agree that consolidation with Sharma is appropriate. BIP, however, sought to consolidate Sharma under the instant case. Meanwhile, in Sharma, Fidelity—also a defendant in the instant case—filed a Motion for Consolidation seeking to consolidate the instant case under Sharma instead.

Because a decision in Sharma is pending on whether the Court will consolidate the instant case under Sharma, the Court in the instant case DENIES WITHOUT PREJUDICE the Motions. The parties may file with the Court renewed Motions or a Line reinstating them within fourteen days of the Court in Sharma deciding whether the cases will be consolidated.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge